Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

FEBRUARY 17, 2016

WILLIAM M. McCOOL, Clerk

By _____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL SETH FRANEY,<br>a/k/a "Ibraheem Dawud,"<br><br>Defendant. | CR16-5073 RBL<br><br>INDICTMENT |

## COUNT 1

*(Unlawful Possession of Firearms)*

On or about September 28, 2015, at Tukwila, within the Western District of Washington, and elsewhere, DANIEL SETH FRANEY, who was subject to a court order meeting the requirements of Title 18, United States Code, Section 922(g)(8)(A)-(C), in the case of *Amanda Kienast v. Daniel Franey*, case number 14OP381, in the Nineteenth Judicial Circuit Court of Lake County, Illinois, did possess, in and affecting commerce, firearms, namely, a Glock Model 22 .40 caliber pistol, bearing serial number KMD480; and a Glock Model 23 .40 caliber pistol, bearing serial number KHZ682, both of which had previously been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(8).

## COUNT 2

*(Unlawful Possession of a Firearm)*

On or about October 26, 2015, at Olympia, within the Western District of Washington, and elsewhere, DANIEL SETH FRANEY, who was subject to a court order meeting the requirements of Title 18, United States Code, Section 922(g)(8)(A)-(C), in the case of *Amanda Kienast v. Daniel Franey*, case number 140P381, in the Nineteenth Judicial Circuit Court of Lake County, Illinois, did possess, in and affecting commerce, a firearm, namely, an AK-47 style Romarm-Cugir Model PM-65 7.62 x 39 mm assault rifle, bearing serial number 1979-ZG3795, that had previously been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(8).

## COUNT 3

*(Unlawful Possession of a Machinegun)*

On or about October 26, 2015, at Olympia, within the Western District of Washington, and elsewhere, DANIEL SETH FRANEY did possess a machinegun, namely, an AK-47 style Romarm-Cugir Model PM-65 7.62 x 39 mm assault rifle, bearing serial number 1979-ZG3795.

All in violation of Title 18, United States Code, Section 922(o).

## COUNT 4

*(Unlawful Possession of Firearms)*

On or about November 12, 2015, at Pierce County and Yakima County, within the Western District of Washington and the Eastern District of Washington, DANIEL SETH FRANEY, who was subject to a court order meeting the requirements of Title 18, United States Code, Section 922(g)(8)(A)-(C), in the case of *Amanda Kienast v. Daniel Franey*, case number 140P381, in the Nineteenth Judicial Circuit Court of Lake County, Illinois, did possess, in and affecting commerce, firearms, namely, an AK-47 style Romarm-Cugir Model PM-65 7.62 x 39 mm assault rifle, bearing serial number 1979-ZG2045; and a

1  Colt Model AR-15 5.56 mm assault rifle, bearing serial number 4378629, both of which
2  had previously been shipped and transported in interstate and foreign commerce.
3      All in violation of Title 18, United States Code, Section 922(g)(8).

## COUNT 5

### (Unlawful Possession of Machineguns)

On or about November 12, 2015, at Pierce County and Yakima County, within the Western District of Washington and the Eastern District of Washington, DANIEL SETH FRANEY did possess machineguns, namely, an AK-47 style Romarm-Cugir Model PM-65 7.62 x 39 mm assault rifle, bearing serial number 1979-ZG2045; and a Colt Model AR-15 5.56 mm assault rifle, bearing serial number 4378629.

All in violation of Title 18, United States Code, Section 922(o).

A TRUE BILL:

DATED:

*Signature of foreperson redacted pursuant to the policy of the Judicial Conference of the United States*

_____
FOREPERSON

_____
ANNETTE L. HAYES
United States Attorney

_____
TODD GREENBERG
Assistant United States Attorney

INDICTMENT - 3